

**James M. Graziano**
jgraziano@archerlaw.com
856-354-3090 Direct
856-795-0574 Direct Fax

Archer & Greiner, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
856-795-2121 Main
856-795-0574  Fax
www.archerlaw.com

March 3, 2022

**VIA E-FILING**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:    **PennEast Pipeline Cases on Attached Exhibit A**

Dear Judge Martinotti:

    Given the expiration of the court-ordered deadline of October 22, 2021 to file objections to PennEast's Notice of Voluntary Dismissal, we respectfully request that the matters listed on Exhibit A to this letter be dismissed without prejudice and the cases administratively closed.

    Thank you.

Respectfully submitted,

*/s James M. Graziano*

JAMES M. GRAZIANO

cc:  All Counsel via CM/ECF
Encl.
JMG:dad
223522801v1

SO ORDERED:

_____
Hon. Brian R. Martinotti, U.S.D.J.
Dated:  March 4, 2022

Voorhees, NJ | Hackensack, NJ | Princeton, NJ | Philadelphia, PA | Harrisburg, PA | Red Bank, NJ | New York, NY | Wilmington, DE

## **EXHIBIT A**

2:18-cv-01585-BRM-DEA
2:18-cv-01588-BRM-DEA
2:18-cv-01597-BRM-DEA
2:18-cv-01603-BRM-DEA
2:18-cv-01613-BRM-DEA
2:18-cv-01638-BRM-DEA
2:18-cv-01641-BRM-DEA
2:18-cv-01643-BRM-DEA
2:18-cv-01646-BRM-DEA
2:18-cv-01660-BRM-DEA
2:18-cv-01662-BRM-DEA
2:18-cv-01665-BRM-DEA
2:18-cv-01668-BRM-DEA
2:18-cv-01669-BRM-DEA
2:18-cv-01670-BRM-DEA
2:18-cv-01672-BRM-DEA
2:18-cv-01673-BRM-DEA
2:18-cv-01682-BRM-DEA
2:18-cv-01684-BRM-DEA
2:18-cv-01689-BRM-DEA
2:18-cv-01694-BRM-DEA
2:18-cv-01695-BRM-DEA
2:18-cv-01699-BRM-DEA
2:18-cv-01701-BRM-DEA
2:18-cv-01709-BRM-DEA
2:18-cv-01715-BRM-DEA
2:18-cv-01722-BRM-DEA
2:18-cv-01729-BRM-DEA
2:18-cv-01731-BRM-DEA
2:18-cv-01743-BRM-DEA
2:18-cv-01748-BRM-DEA
2:18-cv-01750-BRM-DEA
2:18-cv-01754-BRM-DEA
2:18-cv-01756-BRM-DEA
2:18-cv-01774-BRM-DEA
2:18-cv-01798-BRM-DEA
2:18-cv-01801-BRM-DEA
2:18-cv-01802-BRM-DEA

2:18-cv-01806-BRM-DEA
2:18-cv-01809-BRM-DEA
2:18-cv-01811-BRM-DEA
2:18-cv-01838-BRM-DEA
2:18-cv-01845-BRM-DEA
2:18-cv-01851-BRM-DEA
2:18-cv-01853-BRM-DEA
2:18-cv-01855-BRM-DEA
2:18-cv-01859-BRM-DEA
2:18-cv-01863-BRM-DEA
2:18-cv-01866-BRM-DEA
2:18-cv-01868-BRM-DEA
2:18-cv-01869-BRM-DEA
2:18-cv-01874-BRM-DEA
2:18-cv-01896-BRM-DEA
2:18-cv-01897-BRM-DEA
2:18-cv-01905-BRM-DEA
2:18-cv-01909-BRM-DEA
2:18-cv-01934-BRM-DEA
2:18-cv-01942-BRM-DEA
2:18-cv-01973-BRM-DEA
2:18-cv-01974-BRM-DEA
2:18-cv-01986-BRM-DEA
2:18-cv-01989-BRM-DEA
2:18-cv-01990-BRM-DEA
2:18-cv-01995-BRM-DEA
2:18-cv-01997-BRM-DEA
2:18-cv-01998-BRM-DEA
2:18-cv-01999-BRM-DEA
2:18-cv-02000-BRM-DEA
2:18-cv-02001-BRM-DEA
2:18-cv-02003-BRM-DEA
2:18-cv-02004-BRM-DEA
2:18-cv-02014-BRM-DEA
2:18-cv-02016-BRM-DEA
2:18-cv-02020-BRM-DEA
2:18-cv-02028-BRM-DEA
2:18-cv-02031-BRM-DEA
2:18-cv-02139-BRM-DEA
2:18-cv-02508-BRM-DEA
2:19-cv-01097-BRM-DEA

2:19-cv-01104-BRM-DEA
2:19-cv-01107-BRM-DEA
2:19-cv-01110-BRM-DEA
2:19-cv-01114-BRM-DEA
2:19-cv-01117-BRM-DEA

222238631v1